

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>   vs. )<br>)<br>TANYA LEVI, )<br>)<br>            Defendant. )<br>_____) | CR. NO. 00-00149 HG<br><br>INFORMATION<br><br>21 U.S.C. § 860(a) |

### INFORMATION

The United States Attorney charges that:

On or about March 18, 2000, within the District of Hawaii, TANYA LEVI did knowingly and intentionally possess with intent to distribute 3.187 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground.

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: July 18, 2000 at Honolulu, Hawaii.

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Tanya Levi
"Information"